# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Teresa Austin v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10755-DRH |
| *Carol Blackwell v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10660-DRH |
| *Denise Burke v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10661-DRH |
| *Gail Colangelo v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10918-DRH |
| *Kristin Frank v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-12860-DRH |
| *Sherry Freeman v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11432-DRH |
| *Karen Garrett v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10894-DRH |
| *Melissa Gatlin v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-11120-DRH |
| *Mary Hiester v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11222-DRH |
| *Jessica Krambeck, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-11220-DRH |
| *Fariha Laheeb v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10023-DRH |

| | |
|---|---|
| *Angela Markham, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10937-DRH |
| *Danielle Mayer, et al. v. Bayer Healthcare Pharmaceuticals Inc.* | No. 13-cv-10921-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on July 29, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:  /s/*Caitlin Fischer*
> **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.08.01
14:05:16 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT